IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NIA LUCAS<br><br>　　Plaintiff,<br><br>v.<br><br>VHC HEALTH<br>DBA VIRGINIA HOSPITAL CENTER, et. al.,<br><br>　　Defendants. | Case No. 1:22-CV-987 |

**DEFENDANTS' EXHIBIT LIST, WITNESS LIST, AND DEPOSITION DESIGNATIONS**

COME NOW, Defendants, by and through counsel, WHARTON LEVIN, and file their Exhibit List, Witness List, and Deposition Designations.

**I.    Exhibit List**

| Exhibit Number | Description | Bates Number | Previously Produced As | Primary/Backup |
|---|---|---|---|---|
| DEF 1 | June 13, 2021 email from Nia Lucas to Georgia McCullough | DEF 1 0001–0002 | DEF DISC EX 2 | Primary |
| DEF 2 | September 18, 2018 email from Nia Lucas to Pamela Kane | DEF 2 0001–0002 | DEF DISC EX 5 | Primary |
| DEF 3 | September 18, 2018 email and letter from Marian Savage to Nia Lucas | DEF 3 0001–0002 | DEF DISC EX 7 | Primary |
| DEF 4 | September 17, 2018 email from Kali Milgate detailing call from Nia Lucas | DEF 4 0001 | DEF DISC EX 8 | Primary |
| DEF 5 | Nisha Vyas May 9, 2018 Note | DEF 5 0001–0005 | DEF DISC EX 22 1816–1820 | Primary |

| DEF 6 | Saira Mir May 22, 2018 Note | DEF 6 0001–0002 | DEF DISC EX 22 1725–1726 | Primary |
|---|---|---|---|---|
| DEF 7 | Nisha Vyas June 4, 2018 Note | DEF 7 0001–0004 | DEF DISC EX 22 1675–1678 | Primary |
| DEF 8 | Nisha Vyas June 28, 2018 Note | DEF 8 0001–0004 | DEF DISC EX 22 1629–1632 | Primary |
| DEF 9 | Saira Mir July 19, 2018 Note | DEF 9 0001–0002 | DEF DISC EX 22 1605–1606 | Primary |
| DEF 10 | Nisha Vyas July 30, 2018 Note | DEF 10 0001–0004 | DEF DISC EX 22 1582–1585 | Primary |
| DEF 11 | Yvonne Pierce August 9, 2018 Note | DEF 11 0001–0002 | DEF DISC EX 22 1545–1546 | Primary |
| DEF 12 | August 10, 2018 Telephone Encounters | DEF 12 0001 | DEF DISC EX 22 1537 | Primary |
| DEF 13 | August 13–14, 2018 Telephone Encounters | DEF 13 0001–0004 | DEF DISC EX 22 1508–1511 | Primary |
| DEF 14 | August 14, 2018 L&D Notes | DEF 14 0001–0006 | DEF DISC EX 22 1478–1483 | Primary |
| DEF 15 | Kelly Orzechowski August 15, 2018 Note | DEF 15 0001–0005 | DEF DISC EX 22 1458–1462 | Primary |
| DEF 16 | Nisha Vyas August 21, 2018 Note | DEF 16 0001 | DEF DISC EX 22 1436 | Primary |

| | | | | |
|---|---|---|---|---|
| DEF 17 | Saira Mir August 21, 2018 Note | DEF 17 0001–0003 | DEF DISC EX 22 1422–1424 | Primary |
| DEF 18 | Kelly White's August 21, 2018 Note and Saira Mir's response | DEF 18 0001–0002 | DEF DISC EX 22 1418–1419 | Primary |
| DEF 19 | Nisha Vyas's August 24, 2018 Note | DEF 19 0001–0004 | DEF DISC EX 22 1390–1393 | Primary |
| DEF 20 | Notes from August 24–August 25, 2018 Admission | DEF 20 0001–0006 | DEF DISC EX 22 1325–1330 | Primary |
| DEF 21 | Nisha Vyas August 27, 2018 Note | DEF 21 0001–0005 | DEF DISC EX 22 1307–1311 | Primary |
| DEF 22 | Notes from August 27–August 28, 2018 Admission | DEF 22 0001–0004 | DEF DISC EX 22 1245–1248 | Primary |
| DEF 23 | Kelly White September 5, 2018 Note | DEF 23 0001 | DEF DISC EX 22 1233 | Primary |
| DEF 24 | Saira Mir September 6, 2018 Note | DEF 24 0001–0002 | DEF DISC EX 22 1208–1209 | Primary |
| DEF 25 | Nisha Vyas September 6, 2018 Note | DEF 25 0001–0004 | DEF DISC EX 22 1185–1188 | Primary |
| DEF 26 | Nisha Vyas September 10, 2018 Note | DEF 26 0001–0004 | DEF DISC EX 22 1146–1149 | Primary |
| DEF 27 | Nisha Vyas September 18, 2018 Note | DEF 27 0001–0005 | DEF DISC EX 1058–1062 | Primary |

| DEF 28 | Nisha Vyas September 24 2018 Note | DEF 28 0001–0005 | DEF DISC EX 0826–0830 | Primary |
|---|---|---|---|---|
| DEF 29 | Sandra Caskie November 11–November 13, 2018 Delivery Notes | DEF 29 0001–0003 | DEF DISC EX 0142–0143 | Primary |
| DEF 30 | May 11, 2021 email from Reba White | DEF 30 0001 | DEF DISC EX 23 | Backup |
| DEF 31 | Recording of Nia Lucas and Kelly White | DEF 31 | DEF DISC EX 33 | Backup |
| DEF 32 | Recording of Nia Lucas, Kelly White, and Marian Savage | DEF 32 | DEF DISC EX 34 | Backup |
| DEF 33 | Recording of Nia Lucas and Dr. Mir | DEF 33 | DEF DISC EX 37 | Backup |
| DEF 34 | Edited recording of Nia Lucas and Dr. Mir | DEF 34 | Per Plaintiff | Primary |
| DEF 35 | Printout of athousandrioters.com | DEF 35 | Publicly available | Primary |
| DEF 36 | Lucas's Complaint | DEF 36 0001–0022 | Per Plaintiff | Primary |
| DEF 37 | Lucas's Amended Complaint (August 23, 2023) | DEF 37 0001–0025 | Per Plaintiff | Primary |
| DEF 38 | Lucas's Amended Complaint (October 19, 2023) | DEF 38 0001–0026 | Per Plaintiff | Primary |

| DEF 39 | Termination Letter | DEF 39 0001 | Per Plaintiff | Primary |
|---|---|---|---|---|
| Other Evidence: | Defendants may utilize the deposition transcript of Plaintiff for impeachment or as substantive evidence if necessary. | | | |

II. **Witness List**

| Name | Address/Phone Number | Primary/Backup |
|---|---|---|
| Saira Mir, M.D. | Previously Disclosed | Primary |
| Kelly White | Previously Disclosed | Primary |
| Kelly Orzechowski, M.D. | Previously Disclosed | Primary |
| Nia Lucas | Per Plaintiff | Backup |
| Sandra Caskie, M.D. | Per Plaintiff | Primary |
| Kali Milgate | 1244 U Street SE Washington, DC  20020<br><br>301-272-7637 | Primary |
| Susan L Foster | 13350 Colchester Ferry Pl Woodbridge, VA 22191<br><br>540-908-5136 | Primary |
| Virginia Hospital Center Records Custodian | 1701 N. George Mason Drove, Arlington, VA 22201<br><br>703-558-6993 | Secondary |

III. **Deposition Designations**

| Deponent | Reason for Use of Deposition Testimony | Line Designations | Primary/Backup |
|---|---|---|---|
| Alexander York Miller | **Unavailability**: Resides more than 100 miles from courthouse.<br><br>**Address**: 49 Sandpiper Shores Rd, Gouldsboro, Maine 04607 | Pg. 6, Lines 10–11<br>Pg. 7, Lines 15–22<br>Pg. 8, Lines 1–13<br>Pg. 11, Lines 18–22<br>Pg. 12, Lines 1–20<br>Pg. 13, Lines 17–22<br>Pg. 14, Lines 1–8<br>Pg. 15, Lines 3–22 | Backup |

5

| | | | |
|---|---|---|---|
| | (833 miles) | Pg. 16, Lines 1–22<br>Pg. 17, Lines 1–22<br>Pg. 20, Lines 18–22<br>Pg. 21, Lines 1–22<br>Pg. 22, Lines 1–12<br>Pg. 23, Lines 2–22<br>Pg. 24, Lines 1–19<br>Pg. 25, Lines 17–19; 21–22<br>Pg. 26, Lines 1–22<br>Pg. 27, Lines 1–17; 19–22<br>Pg. 28, Lines 1–22<br>Pg. 29, Lines 1–3; 5–22<br>Pg. 30, Lines 1–22<br>Pg. 31, Lines 1–22<br>Pg. 32, Lines 1–20<br>Pg. 35, Lines 14–22<br>Pg. 36, Lines 1–16<br>Pg. 37, Lines 16–22<br>Pg. 38, Lines 1–3; 5–22<br>Pg. 39, Lines 1–2; 18–22<br>Pg. 40, Lines 1; 3–22<br>Pg. 41, Lines 1–22<br>Pg. 42, Lines 1–17<br>Pg. 45, Lines 4–8; 13–22<br>Pg. 46, Lines 1–4; 7–15<br>Pg. 53, Lines 12–15<br>Pg. 54, Lines 7–22<br>Pg. 55, Lines 1–10; 13–22<br>Pg. 56, Lines 1–7<br>Pg. 59, Lines 2–6; 8–20<br>Pg. 82, Lines 5–22<br>Pg. 83, Lines 1–22<br>Pg. 88, Lines 12–22<br>Pg. 89, Lines 1–14<br>Pg. 115, Lines 5–14 | |
| Marian Savage | **Unavailability:** Resides more than 100 miles from courthouse.<br><br>**Address:** 816 Bridgetown Pass, Mount Pleasant, SC 29464<br>(528 miles) | Pg. 14, Lines 11–22<br>Pg 15, Lines 1–22<br>Pg. 16, Lines 1–3<br>Pg. 48, Lines 21–22<br>Pg. 49, Lines 1–22<br>Pg. 50, Lines 1–22<br>Pg. 51, Lines 1–15<br>Pg. 76, Lines 17–22<br>Pg. 77, Lines 1–22<br>Pg. 78, Lines 1–22<br>Pg. 79, Lines 1–19; 22 | Backup |

| | | Pg. 80, Lines 1–16; 21–22<br>Pg. 81, Lines 1–22<br>Pg. 82, Lines 1–4; 7 | |

Respectfully submitted,

VIRGINIA HOSPITAL CENTER
VHC PHYSICIAN GROUP, LLC
*By Counsel*

_____/s/_____
Paul T. Walkinshaw, Esq.  (VSB # 66049)
M. Logan Blake, Esq.     (VSB # 99263)
Attorneys for VHC and VHC PG LLC
WHARTON LEVIN
19775 Belmont Executive Plaza, Suite 410
Ashburn, VA 20147
Phone: (703) 591-9700 | Fax: (703) 591-0023
ptw@whartonlevin.com
mlb@whartonlevin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, I filed a copy of the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will provide copies to all counsel of record who have entered their appearances.

_____/s/_____
M. Logan Blake, Esq.