IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **NIA LUCAS**<br><br>and<br><br>**ALEXANDER MILLER II,** a minor, by and through his Guardian ad Litem, Nia Lucas<br><br>v.<br><br>**VHC HEALTH**<br>**DBA VIRGINIA HOSPITAL CENTER, et. al.,**<br><br>    Defendants. | Case No: 1:22-CV-987 |

**PLAINTIFF NIA LUCAS' RULE 26(a)(3)**
**PRETRIAL DISCLOSURES: WITNESS LIST**

Plaintiff Nia Lucas ("Plaintiff"), through counsel, submits these pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3).

I.      **IDENTIFICATION OF WITNESSES**

Plaintiff anticipates calling the following witnesses:

1. Plaintiff Nia Lucas
2. Alexander Miller
3. Dr. Saira Mir
4. Dr. Nisha Vyas
5. Dr. Katharine Burt
6. Marian Savage
7. Kelly White

Plaintiff may call the following witnesses if the need arises:

       8. Dr. Michael Moxley

       9. Any witness needed for impeachment or rebuttal.

Dated: August 20, 2025

By:   /s/
Joshua Erlich (VA Bar No. 81298)
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd
Suite 700
Arlington, VA 22209
Tel: (703) 791-9087
Fax: (703) 722-8114
jerlich@erlichlawoffice.com

Aderson B. Francois (*pro hac vice*)
Georgetown University Law Center
Civil Rights Clinic
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
(202) 662-9546
Aderson.Francois@georgetown.edu

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I filed a copy of the foregoing Plaintiff's Pretrial Witness List with the Clerk of the Court using the CM/ECF system, which will provide copies to all counsel of record who have entered appearances.

Dated: August 20, 2025

By: ___/s/_____
Joshua Erlich (VA Bar No. 81298)
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd
Suite 700
Arlington, VA 22209
Tel: (703) 791-9087
Fax: (703) 722-8114
jerlich@erlichlawoffice.com

Aderson B. Francois (*pro hac vice*)
Georgetown University Law Center
Civil Rights Clinic
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
(202) 662-9546
Aderson.Francois@georgetown.edu

*Attorneys for Plaintiff*